1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TERRANCE L. RELEFORD,

                  Plaintiff,

   v.

WASHINGTON DEPARTMENT OF CORRECTIONS, *et al*.,

                  Defendants.

Case No. C13-1799-RSM

ORDER ADOPTING THE REPORT AND RECOMMENDATION AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

    The Court, having reviewed plaintiff's complaint, defendant Schroeder's motion for summary judgment, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation.

    (2)    Defendant Schroeder's motion for summary judgment (Dkt. 14) is GRANTED.

    (3)    Plaintiff's complaint (Dkt. 5) and this action are DISMISSED with prejudice.

ORDER GRANTING DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT - 1

  (4) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendant, and to the Honorable James P. Donohue.

  DATED this 16th day of May 2014.

                RICARDO S. MARTINEZ  
                UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEFENDANT'S  
MOTION FOR SUMMARY JUDGMENT - 2